# EXHIBIT A

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Harold Arlen Trust (50%) | | |
| | *Get Happy* | EU9414 |
| | | EP13654 |
| | *Hittin' The Bottle* | EP16725 |
| | *Kickin' The Gong Around* | EP27118 |
| | *Minnie The Moocher's Weddin' Day* | EP30542 |
| | *One Step-Two Step* | EU598724 |
| | *Sweet and Hot* | EP20028 |
| | *The Devil and the Deep Blue Sea* | EP26940 |
| | *You Gave Me Ev'rything But Love* | EP29949 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (40%) | | |
| | It's Only A Paper Moon | EP38448 |
| SA Music, LLC (50%) | | |
| | A Sleepin' Bee | EP85604 |
| | | EU365644 |
| | Any Place I Hang My Hat Is Home | EP1895 |
| | | EU9510 |
| | As Long As I Live | EP41239 |
| | Buds Won't Bud | EP65038 |
| | Come Rain or Come Shine | EU8647 |
| | | EP1893 |
| | Down With Love | EP64916 |
| | For Every Man There's A Woman | EP22138 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | *Get Yourself A New Broom* | EP36257 |
| | *Happy As The Day Is Long* | EP36258 |
| | *Harlem Holiday* | EP33238 |
| | *Hooray For Love* | EP21772 |
| | *House of Flowers* | EP85137 |
| | | EU365645 |
| | *I Gotta Right To Sing The Blues* | EP32581 |
| | *I Never Has Seen Snow* | EP85135 |
| | | EU366662 |
| | *I've Got the World on a String* | EP33239 |
| | *Ill Wind* | EP41237 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | *Man In My Life* | EP135091 |
| | *Petticoat High* | EU598718 |
| | *Saratoga* | EP135094 |
| | *Stormy Weather* | EP35998 |
| | *The Eagle and Me* | EP125071 |
| | *Two Ladies in the Shade of De Banana Tree* | EP85136 |
| | | EU366663 |
| | *What Good Does It Do?* | EP112618 |
| | | EU486605 |
| | *What's Good About Goodbye?* | EP22135 |