# EXHIBIT B

Exhibit B

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 1 | A Sleepin' Bee | Bill Evans | Trio 64 |
| 2 | A Sleepin' Bee | Bill Evans | Conversations With Myself |
| 3 | A Sleepin' Bee | Mel Torme | Swings Shubert Alley |
| 4 | A Sleepin' Bee | Mel Torme | Swings Shubert Alley (HQ Remastered Version) |
| 5 | A Sleepin' Bee | Quincy Jones | This Is How I Feel About Jazz (HQ Remastered Version) |
| 6 | A Sleepin' Bee | Tony Bennett | The Complete At Carnegie Hall Recordings |
| 7 | A Sleepin' Bee | Tony Bennett | Tony Bennett Sings For Two |
| 8 | Any Place I Hang My Hat Is Home | Buck Clayton | Cats Meets Chick (HQ Remastered Version) |
| 9 | Any Place I Hang My Hat Is Home | Helen Merrill | Dream Of You (HQ Remastered Version) |
| 10 | Any Place I Hang My Hat Is Home | Judy Garland | Judy (Expanded, HQ Remastered Version) |
| 11 | As Long As I Live | Anita O'Day | Anita, This Is (HQ Remastered Version) |
| 12 | As Long As I Live | Ben Webster | In Chronological - 1946-1951 (Remastered Version) |
| 13 | As Long As I Live | Benny Goodman and his Orchestra | Swing Time, 1934-35 (HQ Remastered Version) |
| 14 | As Long As I Live | Bud Freeman | Classics, 1939-1940 (HQ Remastered Version) |
| 15 | As Long As I Live | Count Basie | The Swinging Count! |
| 16 | As Long As I Live | Jack Teagarden | King Of The Blues Trombone (Collector's Choice Music Edition, HQ Remastered Version) |
| 17 | As Long As I Live | Peggy Lee | Mink Jazz (Expanded, HQ Remastered Version) |
| 18 | As Long As I Live | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 2 |
| 19 | Buds Won't Bud | Benny Goodman | Squeeze Me (HQ Remastered Version) |
| 20 | Come Rain or Come Shine | Art Blakey & His Jazz Messengers | Moanin' - The Complete Sessions (Remastered Version) |
| 21 | Come Rain or Come Shine | Art Blakey & His Jazz Messengers | The Best Of Blue Note |
| 22 | Come Rain or Come Shine | Bill Evans | The Birdland Session |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 23 | Come Rain or Come Shine | Bill Evans | The Birdland Session |
| 24 | Come Rain or Come Shine | Bill Evans | The Birdland Session |
| 25 | Come Rain or Come Shine | Bill Evans and Monica Zetterlund | Waltz for Debbie |
| 26 | Come Rain or Come Shine | Bill Evans and Monica Zetterlund | Waltz for Debbie |
| 27 | Come Rain or Come Shine | Bill Evans and Monica Zetterlund | Waltz for Debbie |
| 28 | Come Rain or Come Shine | Bill Evans Trio | Portrait In Jazz |
| 29 | Come Rain or Come Shine | Bill Evans Trio | Portrait In Jazz |
| 30 | Come Rain or Come Shine | Billie Holiday | First Issue, The Great American Songbook |
| 31 | Come Rain or Come Shine | Billie Holiday | The Complete On Verve 1945-1959, Vol. 3 (HQ Remastered Version) |
| 32 | Come Rain or Come Shine | Billie Holiday | Lady In Autumn: The Best Of The Verve Years |
| 33 | Come Rain or Come Shine | Carmell Jones | The Remarkable |
| 34 | Come Rain or Come Shine | Ella Fitzgerald | Ella Fitzgerald Live at Mister Kelly's |
| 35 | Come Rain or Come Shine | Erroll Garner | Dreamstreet (HQ Remastered Version) |
| 36 | Come Rain or Come Shine | Judy Garland | The Garland Touch (Expanded, HQ Remastered Version) |
| 37 | Come Rain or Come Shine | Judy Garland | Judy (Expanded, HQ Remastered Version) |
| 38 | Come Rain or Come Shine | Peggy Lee | I'm A Woman |
| 39 | Come Rain or Come Shine | Ray Charles | The Genius of Ray Charles |
| 40 | Come Rain or Come Shine | Sammy Davis, Jr. | Just For Lovers |
| 41 | Come Rain or Come Shine | Sarah Vaughan | Sarah Vaughan In Hi-Fi |
| 42 | Come Rain or Come Shine | Sarah Vaughan | Sarah Vaughan In Hi-Fi |
| 43 | Come Rain or Come Shine | Sonny Stitt | Plays Arrangements From The Pen Of Quincy Jones |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 44 | Come Rain or Come Shine | Tony Bennett | The Great American Songbook (HQ Remastered Version) |
| 45 | Down With Love | Bobby Darin | This Is Darin (HQ Remastered Version) |
| 46 | Down With Love | Judy Garland | That's Entertainment! |
| 47 | For Every Man There's A Woman | Benny Goodman | The Complete Recordings, 1941-1947 (HQ Remastered Version) |
| 48 | For Every Man There's A Woman | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 2 |
| 49 | Get Happy | Art Tatum | Art Tatum, The Decca Recordings 1934-1940 |
| 50 | Get Happy | Art Tatum | Swing Time, 1937-41 (HQ Remastered Version) |
| 51 | Get Happy | Benny Goodman | Big Bands, 1935-36 |
| 52 | Get Happy | Benny Goodman | The Complete Capitol Small Group Recordings, 1944-1955, Vol. 2 (HQ Remastered Version) |
| 53 | Get Happy | Charlie Parker | The Complete Savoy And Dial Studio Recordings 1944-1948, Vol. 8 |
| 54 | Get Happy | Charlie Parker | The Complete Savoy And Dial Studio Recordings 1944-1948, Vol. 8 |
| 55 | Get Happy | Charlie Parker, Dizzy Gillespie | Bebop Story, Vol. 2, 1945 |
| 56 | Get Happy | Coleman Hawkins | Swing Time, 1949-54 (HQ Remastered Version) |
| 57 | Get Happy | Dizzy Gillespie | The Dizzy Gillespie Story, 1939-1950 |
| 58 | Get Happy | Frank Sinatra | Swing Easy |
| 59 | Get Happy | Gerry Mulligan Quartet | Gerry Mulligan Quartet Volume 1 (Super Bit Jazz Classics, HQ Remastered Version) |
| 60 | Get Happy | Jack Teagarden | The Complete Okeh & Brunswick Bix Beiderbecke, Frank Trumbauer & Jack Teagarden Sessions (1924-36), Vol. 3 & 4 (HQ Remastered Version) |
| 61 | Get Happy | Judy Garland | Summer Stock, Original Soundtrack (HQ Remastered Version) |
| 62 | Get Happy | June Christy | Day Dream (HQ Remastered Version) |
| 63 | Get Happy | Kenny Burrell | Introducing Kenny Burrell, The Complete Sessions |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 64 | Get Happy | Mel Torme | At the Crescendo |
| 65 | Get Happy | Red Norvo | Red Norvo's Fabulous Jam Session (HQ Remastered Version) |
| 66 | Get Happy | Red Norvo All Stars | Dials Collectors' Jazz Vol. 1 |
| 67 | Get Happy | Sonny Rollins | The Complete Night At The Village Vanguard Recordings |
| 68 | Get Happy | Sonny Rollins | The Complete Night At The Village Vanguard Recordings |
| 69 | Get Yourself A New Broom | Duke Ellington | Presents Ivie Anderson |
| 70 | Happy As The Day Is Long | Duke Ellington | Presents Ivie Anderson |
| 71 | Happy As The Day Is Long | Fletcher Henderson | Big Bands, 1934-36 |
| 72 | Happy As The Day Is Long | Fletcher Henderson | Classics, 1932-1934 (HQ Remastered Version) |
| 73 | Harlem Holiday | Cab Calloway | Classics, 1932 (HQ Remastered Version) |
| 74 | Hittin' The Bottle | Jack Teagarden | The Complete Okeh & Brunswick Bix Beiderbecke, Frank Trumbauer & Jack Teagarden Sessions (1924-36), Vol. 5 & 6 (HQ Remastered Version) |
| 75 | Hittin' The Bottle | Jimmie Lunceford, Duke Ellington | Big Bands, 1935-37 |
| 76 | Hittin' The Bottle | Woody Herman | Big Bands, 1946-54 (HQ Remastered Version) |
| 77 | Hooray For Love | Benny Goodman | Music Hall Rag (HQ Remastered Version) |
| 78 | Hooray For Love | Benny Goodman | Big Bands, 1935 |
| 79 | Hooray For Love | Benny Goodman and his Orchestra | Early Classics, 1935 (HQ Remastered Version) |
| 80 | Hooray For Love | Rosemary Clooney | Clap Hands! Here Comes Rosie |
| 81 | House of Flowers | Tony Bennett | The Great American Songbook (HQ Remastered Version) |
| 82 | I Gotta Right To Sing The Blues | Benny Goodman | Classic Jazz, 1931-33 (HQ Remastered Version) |
| 83 | I Gotta Right To Sing The Blues | Benny Goodman | Texas Tree Party (HQ Remastered Version) |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 84 | I Gotta Right To Sing The Blues | Benny Goodman and his Orchestra | Early Classics, 1931-1933 (HQ Remastered Version) |
| 85 | I Gotta Right To Sing The Blues | Billie Holiday | Lady Sings The Blues, Vol. 2 |
| 86 | I Gotta Right To Sing The Blues | Billie Holiday | The Complete On Verve 1945-1959, Vol. 3 (HQ Remastered Version) |
| 87 | I Gotta Right To Sing The Blues | Billie Holiday | First Issue, The Great American Songbook |
| 88 | I Gotta Right To Sing The Blues | Billie Holiday | The Complete Commodore Recordings |
| 89 | I Gotta Right To Sing The Blues | Billie Holiday | The Complete Commodore Recordings |
| 90 | I Gotta Right To Sing The Blues | Cab Calloway | Classics, 1932 (HQ Remastered Version) |
| 91 | I Gotta Right To Sing The Blues | Eydie Gorme | Swings The Blues |
| 92 | I Gotta Right To Sing The Blues | Jack Teagarden | The Complete Roulette Sessions, Vol. 1 (HQ Remastered Version) |
| 93 | I Gotta Right To Sing The Blues | Jack Teagarden | Classics, 1934-1939 (HQ Remastered Version) |
| 94 | I Gotta Right To Sing The Blues | Jack Teagarden | Big Bands |
| 95 | I Gotta Right To Sing The Blues | Judy Garland | Alone (Expanded, HQ Remastered Version) |
| 96 | I Gotta Right To Sing The Blues | Julie London | About The Blues (Expanded, HQ Remastered Version) |
| 97 | I Gotta Right To Sing The Blues | Louis Armstrong | The Complete Satchmo At Symphonic Hall Performances |
| 98 | I Gotta Right To Sing The Blues | Louis Armstrong | The Essential, Vol. 2 |
| 99 | I Gotta Right To Sing The Blues | Louis Armstrong | The Complete Satchmo At Symphonic Hall Performances |
| 100 | I Gotta Right To Sing The Blues | Louis Armstrong | I've Got The World On A String |
| 101 | I Gotta Right To Sing The Blues | Louis Armstrong | I've Got The World On A String |
| 102 | I Gotta Right To Sing The Blues | Louis Armstrong | Big Bands, 1932-33 |
| 103 | I Gotta Right To Sing The Blues | Louis Armstrong & Jack Teagarden | Jazz Ballads (HQ Remastered Version) |
| 104 | I Gotta Right To Sing The Blues | Rosemary Clooney | Thanks for Nothing |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 105 | I Never Has Seen Snow | Beverly Kenney | Sings With Jimmy Jones And The Basie-Ites |
| 106 | I Never Has Seen Snow | Quincy Jones | The Great Wide World, Studio & Live Session Edition (HQ Remastered Version) |
| 107 | I've Got the World on a String | Benny Carter | Swing Time, 1946-52, Vol. 1 (HQ Remastered Version) |
| 108 | I've Got the World on a String | Cab Calloway | Classics, 1932 (HQ Remastered Version) |
| 109 | I've Got the World on a String | Duke Ellington | Big Bands, 1933 |
| 110 | I've Got the World on a String | Ella Fitzgerald | 1950 |
| 111 | I've Got the World on a String | Erroll Garner | Contrasts (HQ Remastered Version) |
| 112 | I've Got the World on a String | Frank Sinatra | Songs for Young Lovers |
| 113 | I've Got the World on a String | Ike Quebec | The Complete Blue Note 45 Sessions |
| 114 | I've Got the World on a String | Louis Armstrong | I've Got The World On A String |
| 115 | I've Got the World on a String | Louis Armstrong | I've Got The World On A String |
| 116 | I've Got the World on a String | Louis Armstrong | Big Bands, 1932-33 |
| 117 | I've Got the World on a String | Mel Torme | Prelude to a Kiss |
| 118 | I've Got the World on a String | Serge Chaloff | West Coast Jazz (HQ Remastered Version) |
| 119 | I've Got the World on a String | Thelonious Monk and Joe Turner | In Paris (HQ Remastered Version) |
| 120 | I've Got the World on a String | Tony Bennett | The Complete At Carnegie Hall Recordings |
| 121 | I've Got the World on a String | Tony Bennett | Tony Bennett Meets Gene Krupa - Complete |
| 122 | I've Got the World on a String | Tony Bennett | The Great American Songbook (HQ Remastered Version) |
| 123 | Ill Wind | Art Blakey & His Jazz Messengers | The Jazz Messengers, The Complete Sessions (Remastered Version) |
| 124 | Ill Wind | Art Farmer & Quincy Jones Orchestra | Last Night When We Were Young |
| 125 | Ill Wind | Art Tatum | Swing Time, 1933-37 (HQ Remastered Version) |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 126 | Ill Wind | Art Tatum | Art Tatum, The Brunswick and Decca Recordings 1932-1934 |
| 127 | Ill Wind | Ben Webster | Swing Time, 1957 (HQ Remastered Version) |
| 128 | Ill Wind | Coleman Hawkins | The Genius of Coleman Hawkins (Verve Master, Remastered Version) |
| 129 | Ill Wind | Coleman Hawkins | The Genius of Coleman Hawkins (Verve Master, Remastered Version) |
| 130 | Ill Wind | Ella Fitzgerald & Louis Armstrong | Ella & Louis Again |
| 131 | Ill Wind | Ike Quebec | The Complete Blue Note 45 Sessions |
| 132 | Ill Wind | Wynton Kelly | Piano |
| 133 | Ill Wind | Zoot Sims | Goes To Jazzville |
| 134 | It's Only A Paper Moon | Art Blakey & His Jazz Messengers | A Day With Art Blakey, Live in Tokyo, 1961 (Remastered Version) |
| 135 | It's Only A Paper Moon | Art Blakey & His Jazz Messengers | Three Blind Mice, The Complete Sessions (Remastered, Extended Version) |
| 136 | It's Only A Paper Moon | Art Blakey & His Jazz Messengers | The Best Of Blue Note |
| 137 | It's Only A Paper Moon | Art Blakey & His Jazz Messengers | The Big Beat (RVG, Remastered Version) |
| 138 | It's Only A Paper Moon | Bonnie Guitar | Moonlight And Shadows (HQ Remastered Version) |
| 139 | It's Only A Paper Moon | Buddy Rich | One Night Stand, Hollywood (Remastered Version) |
| 140 | It's Only A Paper Moon | Coleman Hawkins | Swing Time, 1949-54 (HQ Remastered Version) |
| 141 | It's Only A Paper Moon | Coleman Hawkins | In Paris (Remastered Version) |
| 142 | It's Only A Paper Moon | Coleman Hawkins | The Bebop Years, Picasso (Remastered Version) |
| 143 | It's Only A Paper Moon | Dion & The Belmonts | Wish Upon A Star With Dion & The Belmonts (HQ Remastered Version) |
| 144 | It's Only A Paper Moon | Dizzy Gillespie | Stuff Smith, Dizzy Gillespie, Oscar Peterson |
| 145 | It's Only A Paper Moon | Eddie Heywood | Classics, 1946-1947 (HQ Remastered Version) |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 146 | It's Only A Paper Moon | Frank Sinatra | Sinatra's Swingin' Session |
| 147 | It's Only A Paper Moon | Johnny Mathis | Romantically (HQ Remastered Version) |
| 148 | It's Only A Paper Moon | Mel Torme | At the Crescendo |
| 149 | It's Only A Paper Moon | Miles Davis | Bebop Story, Vol. 3, 1951-52 |
| 150 | It's Only A Paper Moon | Miles Davis Sextet | Diggin' |
| 151 | It's Only A Paper Moon | Nat King Cole | After Midnight |
| 152 | It's Only A Paper Moon | Nat King Cole | After Midnight |
| 153 | It's Only A Paper Moon | Stuff Smith | Dizzy Gillespie, Stuff Smith |
| 154 | Kickin' The Gong Around | Cab Calloway | Classics, 1931-1932 (HQ Remastered Version) |
| 155 | Kickin' The Gong Around | Cab Calloway | Big Bands, 1931-41 |
| 156 | Kickin' The Gong Around | Cab Calloway | Classics, 1932-1934 (HQ Remastered Version) |
| 157 | Kickin' The Gong Around | Louis Armstrong | Big Bands, 1932-33 |
| 158 | Man In My Life | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 2 |
| 159 | Minnie The Moocher's Weddin' Day | Benny Goodman | Big Bands, 1937 |
| 160 | Minnie The Moocher's Weddin' Day | Cab Calloway | Classics, 1931-1932 (HQ Remastered Version) |
| 161 | Minnie The Moocher's Weddin' Day | Mills Blue Rhythm Band | Classics, 1931-1932 (HQ Remastered Version) |
| 162 | Minnie The Moocher's Weddin' Day | Mills Blue Rhythm Band | Big Bands, 1931-32 (HQ Remastered Version) |
| 163 | Minnie The Moocher's Weddin' Day | Mills Blue Rhythm Band | Big Bands, 1931-32 (HQ Remastered Version) |
| 164 | One Step-Two Step | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 2 |
| 165 | Petticoat High | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 2 |
| 166 | Saratoga | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 2 |
| 167 | Stormy Weather | Art Tatum | Art Tatum, The Decca Recordings 1934-1940 |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 168 | Stormy Weather | Billie Holiday | The Ultimate Lady Day Best Songs |
| 169 | Stormy Weather | Billie Holiday | The Complete On Verve 1945-1959, Vol. 1 (HQ Remastered Version) |
| 170 | Stormy Weather | Billie Holiday | First Issue, The Great American Songbook |
| 171 | Stormy Weather | Billie Holiday | Radio And Tv Broadcasts 1953-1956 |
| 172 | Stormy Weather | Billie Holiday | Lady In Autumn: The Best Of The Verve Years |
| 173 | Stormy Weather | Cab Calloway | Get With Cab! (HQ Remastered Version) |
| 174 | Stormy Weather | Dizzy Gillespie | Dizzy Digs Paris |
| 175 | Stormy Weather | Duke Ellington | Big Bands, 1933 |
| 176 | Stormy Weather | Duke Ellington | Presents Ivie Anderson |
| 177 | Stormy Weather | Erroll Garner | Playing Piano Solos, Vol. 3 (HQ Remastered Version) |
| 178 | Stormy Weather | Eydie Gorme | Swings The Blues |
| 179 | Stormy Weather | Floyd Cramer | Hello Blues (HQ Remastered Version) |
| 180 | Stormy Weather | Judy Garland | The Garland Touch (Expanded, HQ Remastered Version) |
| 181 | Stormy Weather | Louis Armstrong | The Essential , Vol. 1 |
| 182 | Stormy Weather | Louis Armstrong | Under The Stars |
| 183 | Stormy Weather | Peggy Lee | Songs From Pete Kelly's Blues (HQ Remastered Version) |
| 184 | Stormy Weather | Peggy Lee | Rendezvous With Peggy Lee (Complete, HQ Remastered Version) |
| 185 | Stormy Weather | Roland Kirk | Early Roots, The Bethlehem Years |
| 186 | Stormy Weather | Roland Kirk | Triple Threat |
| 187 | Stormy Weather | Shirley Bassey | Born To Sing The Blues |
| 188 | Sweet and Hot | Fletcher Henderson | A Study in Frustration, The Fletcher Henderson Story, Vol.1 (HQ Remastered Version) |
| 189 | Sweet and Hot | Fletcher Henderson | Classics, 1931 (HQ Remastered Version) |

Exhibit B

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 190 | Sweet and Hot | Fletcher Henderson | Classic Jazz, 1928-31 (HQ Remastered Version) |
| 191 | Sweet and Hot | Jack Teagarden | King Of The Blues Trombone (Collector's Choice Music Edition, HQ Remastered Version) |
| 192 | The Devil and the Deep Blue Sea | Annie Ross | Sings a Song with Mulligan! (Expanded, HQ Remastered Version) |
| 193 | The Devil and the Deep Blue Sea | Benny Goodman | Big Bands, 1935 |
| 194 | The Devil and the Deep Blue Sea | Benny Goodman | Stompin' At The Savoy (HQ Remastered Version) |
| 195 | The Devil and the Deep Blue Sea | Benny Goodman and his Orchestra | Early Classics, 1935 (HQ Remastered Version) |
| 196 | The Devil and the Deep Blue Sea | Bobby Darin | Winners |
| 197 | The Devil and the Deep Blue Sea | Cab Calloway | Classics, 1931-1932 (HQ Remastered Version) |
| 198 | The Devil and the Deep Blue Sea | Count Basie | Big Bands, 1939-40 |
| 199 | The Devil and the Deep Blue Sea | Dicky Wells | Classics, 1927-1943 (HQ Remastered Version) |
| 200 | The Devil and the Deep Blue Sea | Dicky Wells | All Star Groups, 1937-39, Vol. 2 (HQ Remastered Version) |
| 201 | The Devil and the Deep Blue Sea | Louis Armstrong | Big Bands, 1932-33 |
| 202 | The Devil and the Deep Blue Sea | Louis Armstrong | Big Bands, 1932-33 |
| 203 | The Devil and the Deep Blue Sea | Mary Lou Williams | Classics, 1953-1954 (HQ Remastered Version) |
| 204 | The Devil and the Deep Blue Sea | Red Norvo | The Forward Look (HQ Remastered Version) |
| 205 | The Devil and the Deep Blue Sea | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 2 |
| 206 | The Devil and the Deep Blue Sea | Teddy Wilson | Piano Solos, 1934-39 (HQ Remastered Version) |
| 207 | The Devil and the Deep Blue Sea | Thelonious Monk and Joe Turner | In Paris (HQ Remastered Version) |
| 208 | The Eagle and Me | Carmen McRae | Complete R. Burns Sessions |
| 209 | Two Ladies in the Shade of De Banana Tree | Sammy Davis, Jr. | Belts The Best Of Broadway |
| 210 | What Good Does It Do? | Tony Bennett | The Complete At Carnegie Hall Recordings |
| 211 | What's Good About Goodbye? | Art Farmer | Last Night When We Were Young |

Exhibit B

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 212 | What's Good About Goodbye? | Nana Mouskouri | Roses Blanches De Corfou |
| 213 | You Gave Me Ev'rything But Love | Art Tatum | Art Tatum, The Brunswick and Decca Recordings 1932-1934 |