AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
| --- | --- |
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION      ☐ APPEAL | COURT NAME AND LOCATION | |
| --- | --- | --- |
| DOCKET NO. | DATE FILED | |
| PLAINTIFF | DEFENDANT | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
| --- | --- | --- |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
| --- | --- | --- |
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action,
mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
mail copy to Register of Copyrights

3) Upon termination of action,
mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

# EXHIBIT 1

Exhibit 1

# List of Works

| # | Composition | Authors | Registration Number |
|---|---|---|---|
| 1 | A Sleepin' Bee | Harold Arlen, Truman Capote | EP85604 |
| 2 | A Sleepin' Bee | Harold Arlen, Truman Capote | EU365644 |
| 3 | Any Place I Hang My Hat Is Home | Harold Arlen, Johnny Mercer | EP1895 |
| 4 | Any Place I Hang My Hat Is Home | Harold Arlen, Johnny Mercer | EU9510 |
| 5 | As Long As I Live | Harold Arlen, Ted Koehler | EP41239 |
| 6 | Buds Won't Bud | Harold Arlen, E.Y. Harburg | EP65038 |
| 7 | Come Rain or Come Shine | Harold Arlen, Johnny Mercer | EP1893 |
| 8 | Come Rain or Come Shine | Harold Arlen, Johnny Mercer | EU8647 |
| 9 | Down With Love | Harold Arlen, E.Y. Harburg | EP64916 |
| 10 | For Every Man There's A Woman | Harold Arlen, Leo Robin | EP22138 |
| 11 | Get Happy | Harold Arlen, Ted Koehler | EU9414 |
| 12 | Get Happy | Harold Arlen, Ted Koehler | EP13654 |
| 13 | Get Yourself A New Broom | Harold Arlen, Ted Koehler | EP36257 |
| 14 | Happy As The Day Is Long | Harold Arlen, Ted Koehler | EP36258 |
| 15 | Harlem Holiday | Harold Arlen, Ted Koehler | EP33238 |
| 16 | Hittin' The Bottle | Harold Arlen, Ted Koehler | EP16725 |
| 17 | Hooray For Love | Harold Arlen, Leo Robin | EP21772 |
| 18 | House of Flowers | Harold Arlen, Truman Capote | EU365645 |
| 19 | House of Flowers | Harold Arlen, Truman Capote | EP85137 |
| 20 | I Gotta Right To Sing The Blues | Harold Arlen, Ted Koehler | EP32581 |
| 21 | I Never Has Seen Snow | Harold Arlen, Truman Capote | EP85135 |
| 22 | I Never Has Seen Snow | Harold Arlen, Truman Capote | EU366662 |
| 23 | I've Got the World on a String | Harold Arlen, Ted Koehler | EP33239 |
| 24 | Ill Wind | Harold Arlen, Ted Koehler | EP41237 |
| 25 | It's Only A Paper Moon | Harold Arlen, E.Y. Harburg, Billy Rose | EP38448 |

Exhibit 1

# List of Works

| # | Composition | Authors | Registration Number |
|---|---|---|---|
| 26 | Kickin' The Gong Around | Harold Arlen, Ted Koehler | EP27118 |
| 27 | Man In My Life | Harold Arlen, Johnny Mercer | EP135091 |
| 28 | Minnie The Moocher's Weddin' Day | Harold Arlen, Johnny Mercer | EP30542 |
| 29 | One Step-Two Step | Harold Arlen, Johnny Mercer | EU598724 |
| 30 | Petticoat High | Harold Arlen, Johnny Mercer | EU598718 |
| 31 | Saratoga | Harold Arlen, Johnny Mercer | EP135094 |
| 32 | Stormy Weather | Harold Arlen, Ted Koehler | EP35998 |
| 33 | Sweet and Hot | Harold Arlen, Jack Yellen | EP20028 |
| 34 | The Devil and the Deep Blue Sea | Harold Arlen, Ted Koehler | EP26940 |
| 35 | The Eagle and Me | Harold Arlen, E.Y. Harburg | EP125071 |
| 36 | Two Ladies in the Shade of De Banana Tree | Harold Arlen and Truman Capote | EP85136 |
| 37 | Two Ladies in the Shade of De Banana Tree | Harold Arlen and Truman Capote | EU366663 |
| 38 | What Good Does It Do? | Harold Arlen, E.Y. Harburg | EP112618 |
| 39 | What Good Does It Do? | Harold Arlen, E.Y. Harburg | EU486605 |
| 40 | What's Good About Goodbye? | Harold Arlen, Leo Robin | EP22135 |
| 41 | You Gave Me Ev'rything But Love | Harold Arlen, Ted Koehler | EP29949 |