UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC, LLC and WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, VALLEYARM DIGITAL LIMITED, LENANDES LTD, GIACOMO VERANI, and LIMITLESS INT. RECORDINGS,<br><br>　　　　　　　　　　　　Defendants. | **PRO HAC VICE APPLICATION**<br><br>**OATH**<br><br>Case No.: 20-cv-0488-VKD |

　　I, Matthew F. Schwartz, am an active member in good standing of the bar of New York. My bar number is 2446730 and I was admitted in 1992.

　　I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court, and where applicable, with the Bankruptcy Local Rules.

　　Allen Hyman is a member of the bar of this Court in good standing who maintains an office within the State of California and is designated as co-counsel. Allen Hyman's firm is Law Offices of Allen Hyman. The address for the firm is 10737 Riverside Drive, N. Hollywood, CA 91602. His bar number is 73371.

Jan 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew Schwartz*
　　　　　　　　　　　　　　　　　　　　　　　　Matthew F. Schwartz