**MAYER BROWN LLP**
A. JOHN P. MANCINI (*pro hac vice*)
jmancini@mayerbrown.com
OLENA V. RIPNICK-O'FARRELL *(pro hac vice)*
oripnick-ofarrell@mayerbrown.com
SARA A. SLAVIN (*pro hac vice*)
sslavin@mayerbrown.com
1221 Avenue of the Americas
New York, NY, 10020-1001
Telephone: (212) 506-2500
Facsimile:  (212) 262-1910

ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Defendant Google LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br>    Plaintiffs,<br>v.<br>GOOGLE, LLC, et al.,<br>    Defendants. | Case Nos. 20-cv-0488 VC, 20-cv-0538 VC, and 20-cv-0540 VC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>**CIVIL L.R. 6-2**<br><br>[~~PROPOSED~~] ORDER |
| RAY HENDERSON MUSIC CO., INC.<br>    Plaintiffs,<br>v.<br>GOOGLE, LLC, et al.,<br>    Defendants. | |
| FOUR JAYS MUSIC COMPANY, et al.,<br>    Plaintiffs,<br>v.<br>GOOGLE LLC, et al.,<br>    Defendants. | |

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rules 6-2 and 7-12 and the Court's Civil Standing Order, Plaintiffs SA Music LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva (collectively, "Plaintiffs"), and Defendants Google LLC ("Google") and Valleyarm Digital Ltd. (collectively with Plaintiffs, the "Stipulating Parties") hereby stipulate in the above-captioned actions as follows:

1. As described in the parties' Joint Status Report Regarding ADR, filed August 25, 2020, the Stipulating Parties are proceeding with private mediation before Magistrate Judge Segal (Ret.). ECF 55.

2. On October 20, 2020, the Stipulating Parties held a mediation session with Judge Segal. ECF 62.

3. Although the Stipulating Parties did not reach a resolution on October 20, the Stipulating Parties have remained engaged with Judge Segal and are scheduled to engage in further mediation with her in the coming weeks, which may result in resolution of these actions.

4. Based on the foregoing, the Stipulating Parties respectfully request that the Case Management Conference now set for March 10, 2021, be continued until Wednesday, April 28, 2021 at 2:00 p.m. PT or another date convenient to the Court that is at least forty-five days in the future, with the deadline to file a Case Management Conference Statement continued until Wednesday, April 21, 2021 or a date seven days before the date of the continued Case Management Conference.

5. The Stipulating Parties sought, and were granted, a continuation of a Case Management Conference, originally set for April 2020, due to the public health emergency caused by Covid-19. ECF 31 and 35.

6. The Stipulating Parties also sought, and were granted, a continuation of a Case Management Conference, in September 2020, to accommodate the first mediation session with Judge Segal. ECF 62 and 63.

7. This extension will not affect other court-set deadlines in these actions and will not cause any prejudice to any party.

IT IS SO STIPULATED.

DATED: March 1, 2021                    MAYER BROWN LLP

By: /s/ *A. John P. Mancini*

A. John P. Mancini (*pro hac vice*)
Olena V. Ripnick-O'Farrell (*pro hac vice*)
Sarah A. Slavin (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY, 10020-1001
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910
Email: JMancini@mayerbrown.com
Email: oripnick-ofarrell@mayerbrown.com
Email: sslavin@mayerbrown.com

Eric B. Evans (SBN 232476)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2060
Email: eevans@mayerbrown.com

*Attorneys for Defendant Google LLC*

By: */s/ Oren S. Giskan*
Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Matthew F. Schwartz * *Pro Hac Vice*
Brian S. Levenson * Pro Hac Vice
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: mschwartz@splaw.us
E-mail: blevenson@splaw.us

        Allen Hyman (California State Bar No. 73371)
        LAW OFFICES OF ALLEN HYMAN
        10737 Riverside Drive
        North Hollywood, CA  96102
        Phone: (818) 763-6289
        E-mail: lawoffah@aol.com
        *Attorneys for Plaintiffs*

        By: /s/  Peter Perkowski
        Peter Perkowski (State Bar No. 199491)
        Matthew Kelly (State Bar No. 224297)
        PERKOWSKI LEGAL, PC
        445 S. Figueroa St., Suite 3100
        Los Angeles, CA 90071
        Phone: (213) 426-2137
        Email: peter@perkowskilegal.com
        Email: matt@perkowskilegal.com

        *Attorneys For Defendant*
        *Valleyarm Distribution Limited*

Pursuant to Civil Local Rule 5-1(i)(3), the signer of this document attests under penalty of perjury that concurrence in the filing of this document has been obtained by all signatories.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The Case Management Conference now set for March 10, 2021, is continued to [April 28, 2021 at 2:00 p.m. PT/——————————————].

2. The deadline to file a Case Management Conference Statement is vacated and moved to [April 21, 2021/——————————, 2021].

DATED: March 3, 2021 _____
 HON. VINCE CHHABRIA
 United States District Judge

---

STIPULATED REQUEST TO CHANGE TIME FOR CASE MANAGEMENT CONFERENCE
CASE NOS. 3:20-cv-00488-VC, 20-cv-0538 VC & 20-cv-0540 VC